# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HAYLEY ELMORE, Individually and as Next Friend of R.M., a Minor | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-1527-S-BN |
| GAYLON AUCOIN, MICHELLE KELLEY, and MESQUITE INDEPENDENT SCHOOL DISTRICT | § § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 25, 2026.

_____
UNITED STATES DISTRICT JUDGE